**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Wendell Dwayne O'Neal,<br><br>    Plaintiff,<br><br>v.<br><br>Angela Atkins, et al.<br><br>    Defendants. | No. CV-10-2351-PHX-SMM<br><br>**ORDER** |

The parties have jointly requested that the matter be referred to Magistrate Judge Michelle H. Burns for a settlement conference.

Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to Magistrate Judge Michelle H. Burns for a settlement conference to be held March 14, 2011 at 9:30 A.M. MST. Magistrate Judge Burns will issue an order with further information regarding this conference.

DATED this 23rd day of February, 2011.

Stephen M. McNamee
United States District Judge